FA88MUNC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

NEHMIAS MUNOZ,

                    Plaintiff,

            v.                              14 Cv. 6628 (AT)

THE CITY OF NEW YORK, et al.,

                    Defendant.

------------------------------x

                                            October 8, 2015
                                            9:30 a.m.

Before:

                    HON. DEBRA C. FREEMAN

                                            Magistrate Judge

                            APPEARANCES

NEHMIAS MUNOZ
      Pro Se Plaintiff

ZACHARY CARTER
      Corporation Counsel of the City of New York
ARIEL S. LICHTERMAN
      Assistant Corporation Counsel


@

      Attorney for Defendant
BY:   @

FA88MUNC

```
 1              (In chambers; phone conference)
 2              THE COURT:  Good morning.  It's Judge Freeman.
 3         Mr. Munoz.
 4              MR. MUNOZ:  Yes.
 5              THE COURT:  Mr. Lichterman.
 6              MR. LICHTERMAN:  Yes.  Good morning.
 7              THE COURT:  Is that everybody?
 8              MR. LICHTERMAN:  Yes, it is.
 9              THE COURT:  I am hoping that we have a little more
10    information today than we had last time.
11              I gather you were just talking to each other.
12              MR. LICHTERMAN:  Yes, that's right.
13              THE COURT:  Can you tell me, Mr. Munoz, whether you
14    had that transcript that you were looking for, the pretrial
15    transcript?
16              MR. MUNOZ:  I have it, yes, ma'am.  I have it, but I
17    don't have it present with me.  I left it in the cell that I am
18    in.
19              THE COURT:  That's fine.  I just wanted to know if you
20    had actually received it.
21              MR. MUNOZ:  Yeah, I got it.  I got all the paperwork
22    really.  I was telling Mr. Lichterman all the paperwork has
23    been done.  There is a law clerk in the law library that helped
24    me fill it out.  The only thing that hasn't been filled out is
25    the Form 4506, the release for a copy of the tax return.
```

FA88MUNC

1          THE COURT:  The release for what?

2          MR. MUNOZ:  For the tax return.  There is a request

3    for a copy of tax returns.

4          THE COURT:  Mr. Lichterman, why are you asking for

5    that?

6          MR. LICHTERMAN:  I don't have it in front of me.  I am

7    trying to pull it up.

8          THE COURT:  Why would Mr. Munoz's tax returns be

9    relevant to anything?

10          MR. LICHTERMAN:  To his damages.  If he was working at

11    the time of the arrest and if he was not able to work

12    afterwards.

13          THE COURT:  Regardless, you don't just get tax

14    returns.  You have got to make a showing that you can't get the

15    information, or substantially the same information, by some

16    other means.  There's lots of law in this circuit about when

17    tax returns are discoverable.  I certainly think right off the

18    bat they would not be appropriate for discovery.

19          Mr. Munoz, I am going to tell you you don't need to

20    fill that out.

21          MR. MUNOZ:  There's two forms.  There's release

22    photocopies of tax returns and tax information.

23          THE COURT:  I am going to say that you don't need to

24    be providing tax information at this time.

25          MR. MUNOZ:  OK.

FA88MUNC

```
1              THE COURT:  What about the interrogatories that were
2    served on you.  You found those and you have gotten some help
3    in trying to provide answers to those?
4              MR. MUNOZ:  Yes, I do.
5              Actually, let me look for them.  I numbered the
6    paperwork.  I put a number on each paper because I don't want
7    to mess up over here.
8              Yeah, I have them right here.  Actually, I had the
9    clerk staple them; he told me to staple them so I could be all
10   together.
11             Interrogatories?
12             THE COURT:  Correct.
13             MR. MUNOZ:  It has a lot of questions really.
14             THE COURT:  Right.  And you need to provide answers,
15   write out answers, and send those back to Mr. Lichterman.
16             MR. MUNOZ:  You want me to send all the paperwork to
17   Mr. Lichterman, right?
18             THE COURT:  I want you to answer the questions and
19   send your answers to the questions back to Mr. Lichterman.
20             MR. MUNOZ:  OK.  What about the rest of the forms that
21   were notarized and all that, what about that?
22             THE COURT:  I am not sure what forms they are.
23             MR. MUNOZ:  There's a whole bunch of them here.
24   Actually, most of these forms, my lawyer at the time,
25   Mr. Mouton, Jr. --
```

FA88MUNC

| | |
|---|---|
| 1 | THE COURT:  Mr. Mouton. |
| 2 | MR. MUNOZ:  -- he had got all this information.  It's |
| 3 | in the paperwork.  HIPAA is the medical and all that, Social |
| 4 | Security form, Medicaid form, stuff like that.  I have got them |
| 5 | notarized just in case.  Release for psychotherapy notes. |
| 6 | THE COURT:  In this case, are you claiming physical |
| 7 | injury? |
| 8 | MR. MUNOZ:  Who, me?  Yeah. |
| 9 | THE COURT:  Are you claiming emotional distress as |
| 10 | well? |
| 11 | MR. MUNOZ:  Yes, ma'am. |
| 12 | THE COURT:  OK. |
| 13 | MR. MUNOZ:  You want me to send him these forms too? |
| 14 | THE COURT:  Yes. |
| 15 | MR. MUNOZ:  With the help of the gentleman in law |
| 16 | library, he helped me do it, and notarized it for me too, |
| 17 | Monday the 5th. |
| 18 | THE COURT:  So send back those forms also to Mr. |
| 19 | Lichterman. |
| 20 | MR. MUNOZ:  All right. |
| 21 | THE COURT:  Write out answers to the questions and |
| 22 | send back the signed forms as well to Mr. Lichterman. |
| 23 | MR. MUNOZ:  Everything is well neat.  The answers, I |
| 24 | answered them to the best I can, like you told me. |
| 25 | THE COURT:  Right. |

FA88MUNC

1          MR. MUNOZ:  It's up to 20, but most of the questions

2     is dealing with the paperwork though.

3          THE COURT:  Look, if you send them back and Mr.

4     Lichterman looks at what you did, if he has any issues with it,

5     he will raise that next time.

6          MR. MUNOZ:  OK.  I am going to be honest, I am looking

7     through it right now, and I don't really see no questions.  It

8     just say produce copies of subpoena served on any party.  I

9     don't really see no questions towards me.

10          THE COURT:  Mr. Lichterman, do you have a copy of the

11     interrogatories with you?

12          MR. LICHTERMAN:  I am trying to pull it up.  There are

13     interrogatories.  I don't know that it's phrased exactly like a

14     question.

15          MR. MUNOZ:  Right.

16          MR. LICHTERMAN:  There are interrogatories.  Just

17     answer everything to the best of your ability.  As the judge

18     mentioned, if there are any problems, we can discuss it during

19     the next conference.

20          MR. MUNOZ:  OK.  I could mail those out tomorrow.

21          THE COURT:  Can you keep a copy for yourself?

22          MR. MUNOZ:  The machine is still broken down and I

23     couldn't make no copies, but I do have a set of blank copies of

24     the same paperwork.  I just don't have it filled out or

25     notarized.  I got the original notarized, but I don't have no

FA88MUNC

```
 1   copy of that.
 2           THE COURT:  I don't want you to have to wait for the
 3   copy machine to be fixed, but I would like you to be able to
 4   keep a copy of what it is that you sent to Mr. Lichterman.
 5           Mr. Lichterman, would you mind making a copy of what
 6   you get and sending it back so that if we have a discussion
 7   about it Mr. Munoz can have it in front of him?
 8           MR. LICHTERMAN:  Sure.  That's no problem.
 9           THE COURT:  I appreciate that.
10           OK.  Now, what about documents?  Do you have any
11   documents, Mr. Munoz, that are relevant to your claims,
12   documents you haven't received from Mr. Lichterman, documents
13   you had otherwise, maybe in connection with your criminal case,
14   that you might want to be using in this case?
15           MR. MUNOZ:  Basically, like the indictment papers, I
16   have that.  It's got all the charges.  I didn't see that in the
17   paperwork that Mr. Lichterman provided me.  Basically, that's
18   about it.  All the paperwork, pictures of me in the hospital,
19   he sent me all of that really.
20           THE COURT:  He sent that to you?
21           MR. MUNOZ:  Yeah.
22           THE COURT:  Well, if there is anything that you have
23   that you didn't already get from him, that you had separately,
24   that you might want to use in this case to help you prove your
25   claims, then you need to produce a copy of that to Mr.
```

FA88MUNC

1    Lichterman.  Again, I don't want your only copies of things to

2    go out without some assurance that it's not gone if it gets

3    lost in the mail or that you can't get a copy yourself.

4            Are these documents where your criminal lawyer has

5    additional copies?

6            MR. MUNOZ:  Yeah.  Yes, he does.  His name is Mr.

7    Gurwitch.

8            THE COURT:  Well, look at what you have that you did

9    not get from Mr. Lichterman, documents you have from some other

10   source, OK.  And if there is anything that you would want to

11   use to support your claim in the case, provide a copy to Mr.

12   Lichterman.  OK?  Can you get those out in the mail as well?

13           MR. MUNOZ:  Excuse me?

14           THE COURT:  Can you send those out in the mail also?

15           MR. MUNOZ:  You said if I only have one copy --

16           THE COURT:  If they are documents from your criminal

17   case, check with your lawyer in that case and make sure he has

18   got extra copies.

19           MR. MUNOZ:  It's kind of hard to stay in touch with

20   him.  I would have to write him a letter.  He doesn't really

21   write back.  I have tried that.  He works with the Legal Aid

22   Society in the Bronx.  Right now I don't have his card with me,

23   but I do have it.

24           THE COURT:  The only documents that you have that you

25   might use to support your claim, other than material you got

FA88MUNC

1    from Mr. Lichterman, the only materials are materials related

2    to your criminal case?

3              MR. MUNOZ:  Yeah.  They are related.

4              THE COURT:  Mr. Lichterman, can you get the criminal

5    case papers separately?

6              MR. LICHTERMAN:  I should be able to get them.

7              THE COURT:  All right.  Why don't you try a separate

8    route, just to try to make sure you have got a complete set of

9    what there might be on this.  And let me just schedule another

10   call and see how this is going.  I kind of don't want to tell

11   Mr. Munoz to mail out to you everything he has when he doesn't

12   have the ability to make copies if he might need materials for

13   his criminal case.

14             MR. LICHTERMAN:  Right.

15             MR. MUNOZ:  Judge Freeman, what about the notary?

16   It's already notarized.  Is that going to be a problem?  It's

17   October 5 already.

18             THE COURT:  That's all right.  The interrogatory

19   answers and those release forms that you were talking about,

20   put those out in the mail to Mr. Lichterman.

21             MR. MUNOZ:  OK.

22             THE COURT:  The other documents that you have, like

23   the indictment, information from your criminal case, hold on to

24   that for now.  If the copy machine gets fixed, make copies and

25   send them to Mr. Lichterman.  If not, you will tell us what is

FA88MUNC

1   going on on the next call, and meanwhile Mr. Lichterman can try

2   and get them separately.

3          MR. MUNOZ:  OK.

4          MR. LICHTERMAN:  Your Honor, it would be helpful,

5   though, if Mr. Munoz can identify particularly which documents

6   that he intends to rely upon.

7          MR. MUNOZ:  I could write that in a letter inside the

8   paperwork.

9          THE COURT:  Exactly.  Why don't you make a list of the

10  documents that you have that you might want to use in this

11  case, identify what they are with information that's helpful to

12  locate them, like the date, the case number, things like that.

13         MR. MUNOZ:  OK.  The date and the case number, right?

14         THE COURT:  The name of the document, like indictment,

15  whatever it is, the name of the case, the case number, the

16  date, anything that will help identify it.

17         MR. MUNOZ:  All right.

18         THE COURT:  And provide that in a list.

19         Let's just have another call in a few weeks and just

20  see how things are going.

21         Mr. Lichterman, maybe you can send out releases, you

22  can see what you can do, and we will just take stock.

23         MR. LICHTERMAN:  That's fine, your Honor.

24         THE COURT:  Mr. Munoz, can we do a 10:30 or an 11:00,

25  would that work at the facility?

FA88MUNC

1          MR. MUNOZ:  Sure.  No problem.

2          THE COURT:  Let's try 11:00 on October 29.

3          MR. LICHTERMAN:  That works for me, your Honor.

4          MR. MUNOZ:  OK.

5          THE COURT:  We will see if we can take stock.  OK?

6          MR. MUNOZ:  OK.

7          THE COURT:  All right.  Thank you both.

8          MR. LICHTERMAN:  Your Honor, if you can issue another

9    order stating that so I can set up the conference, that would

10   be helpful.

11         THE COURT:  Absolutely.  And if you can order a copy

12   of this transcript as usual that will be nice as well.

13         Thank you so much.

14         MR. MUNOZ:  Have a nice morning.

15         THE COURT:  Thank you.  Hopefully we are moving this

16   case along now.

17         Take care everybody.

18         (Adjourned)

19

20

21

22

23

24

25